Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## UNITED STATES DISTRICT COURT

for the

Middle District of Tennesee

Nashville Division

State of Tennesse, TN Department of Labor,
TN Division of Human Resources, Fred Gaston,
Individually, Assistant Commissioner of
Human Resources

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**FILED**

**DEC 1 1 2020** **DB**

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF TN.**

Case No. **03-20 1066**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Helbert Ardila |
| Street Address | 420 Lynn Drive |
| City and County | Nashville, Davidson |
| State and Zip Code | TN, 37211 |
| Telephone Number | 615-715-1891 |
| E-mail Address | Helbert.Enrique@ME.com |
| | Helbert.Enrique@ME.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

**Defendant No. 1**

Name — State of Tennessee

Job or Title *(if known)* — Serve on TN Secretary State

Street Address — 312 Rosa L Parks Ave

City and County — Nashville, Davidson

State and Zip Code — TN, 37243

Telephone Number — 615-741-2286

E-mail Address *(if known)* —

**Defendant No. 2**

Name — TN Department of Labor

Job or Title *(if known)* — Jeff McCord - Commissioner

Street Address — 220 French Landing Drive, Davidson

City and County — Nashville, Davidson

State and Zip Code — TN, 37243

Telephone Number — (844) 224 5818 - (615) 741 6642

E-mail Address *(if known)* — Jeff.McCord @TN.Gov.

**Defendant No. 3**

Name — TN Division of Human Resources

Job or Title *(if known)* — Fred Gaston - Assistant Commissioner

Street Address — 220 French Landing Drive

City and County — Nashville, Davidson

State and Zip Code — TN, 37243

Telephone Number — (844) 224-5818   (615) 741 6642 - (615) 253-6290

E-mail Address *(if known)* — Fred.Gaston @TN.Gov.

**Defendant No. 4**

Name — Fred Gaston - Individually

Job or Title *(if known)* — TN Department of Labor - Assistant Commissioner

Street Address — 220 French Landing Drive

City and County — Nashville, Davidson

State and Zip Code — TN, 37211

Telephone Number — (615) 253-6290   (615)-741-6642

E-mail Address *(if known)* — Fred. Gaston @TN. Gov.

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TN Department of Labor |
| Street Address | 220 French Landing Drive |
| City and County | Nashville, Davidson |
| State and Zip Code | TN, 37211 |
| Telephone Number | (844)2245818   (615) 741·6642 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Other federal law *(specify the federal law)*:

   42 USC § 1981, as amended

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☒   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☒   Retaliation.

☐   Other acts *(specify)*: _____

*Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

*Started on April 2019 UNtiL July 23 -2019*

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☒   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒   race  _____

☐   color  _____

☒   gender/sex  _____

☐   religion  _____

☒   national origin  _____

☐   age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

E.   The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/07/2019

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☒  issued a Notice of Right to Sue letter, which I received on *(date)*  09/21/2020

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay from 07/23/2019 upto the date of my trial; and back benefits including, but not limited to health insurance, Dental and Vision insurance, retirement plan, PTO hours or days, Holidays, Continue education, employee discounts.

ALso seeking $100,000 claim against Fred Gaston for abuse of power and acting in bad faith causing personal damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/11/2020

Signature of Plaintiff

Printed Name of Plaintiff _Helbert Ardila._

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

I am a Hispanic American who resides on 420 Lynn Drive, Nashville, TN 37211.

On 09/17/2018 I began employment with TN Department of Labor as a part-time employee and got a promotion to a full-time employee in March 2019.

During my employment I was continuously harassed and ridiculed by two co-workers based on my race (Hispanic), national origin (Colombian) and sexual orientation (gay). There were teasing me because of my accent and pronunciation of words and expressions. For example, Charles Davis said to me or about me "This guy doesn't speak English and is working here" and laughed about it. He also would physically block my way from and to my cubicle. Cathy Hunt would laugh derisively at Charles Davis's remarks about me. These disparaging remarks and laughter caused me humiliation, embarrassment, and frustration.

When I could not stand it anymore on June 14-2019, I filed a harassment complaint with The Human Resources Division of TN Department of Labor. On July 11-2019 Human Resources dismissed my case. On July 23 I was terminated from my employment without cause. I had had no previous write ups of disciplinary action in my position.

There was not legitimate business reason to terminate my employment. My supervisor and manager told me few times that my work was good.

Because there was not clear legitimate reason for my dismissal and because my dismissal was in close proximity to the filing of my complaint for sexual harassment - a "Protective activity" under tittle VII in 42 USC. Section 1981 as amended. I hereby submit that the termination of my employment was in retaliation for my having filed a complaint with TN Department of Labor (human resources) in violation of Title VII. 42 USC. Section 1981 as amended.

Any reason claimed by my employer for termination of my employment is pretext for discrimination & retaliation.