# UNITED STATES DISTRICT COURT

### for the

FILED

2021 SEP -7 PM 2:17

U.S. DISTRICT COURT
MIDDLE DISTRICT TN

Helbert Ardila
_____
*Plaintiff(s)*

v.                                    Civil Action No. 03-20-1066

TN Dept of Labor
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeff McCord - Commissioner
220 French Landing Drive,
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

2206 Winford Ave,
Nashville, TN 37211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/05/21 _____

_____
*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TN Dept of LABOR

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeff McCord _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* TN Dept of

LABOR _____ on *(date)* 08/09/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent the summonons in court By certified MAIL.


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2021 _____
_____
*Server's signature*

Helbert Ardila
*Printed name and title*

220 Gwinford Ave, NASHvill6 TN, 37211
*Server's address*

Additional information regarding attempted service, etc:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff McCord-Commissioner
220 French Landing
Drive, Nashville
37243

9590 9402 6620 1028 0281 97

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Katrina Dawvey_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Katrina Dawvey   8-10-2021

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

Nashville TN 37243     OFFICIAL USE

Certified Mail Fee  $3.60     0299
$                          $0.00     23

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$                $1.00                08/06/2021

Total Postage and Fees
$                $4.60

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

WOODBINE
4112 NOLENSVILLE PIKE
NASHVILLE, TN 37211-9998
(800)275-8777

08/06/2021                                11:33 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.00 |

Large Envelope
   Nashville, TN 37243
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Mon 08/09/2021

| | | | |
|---|---|---|---|
| Certified Mail® | | | $3.60 |

   Tracking #:
      70210950000127046095

| | | | |
|---|---|---|---|
| Return Receipt | | | $2.85 |

   Tracking #:
      9590 9402 6620 1028 0281 73

Total                                        $7.45

| First-Class Mail® | 1 | | $1.00 |
|---|---|---|---|

Large Envelope
   Nashville, TN 37243
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Mon 08/09/2021

| Certified Mail® | | | $3.60 |
|---|---|---|---|

   Tracking #:
      70210950000127046088

| Return Receipt | | | $2.85 |
|---|---|---|---|

   Tracking #:
      9590 9402 6620 1028 0281 80

Total                                        $7.45

| First-Class Mail® | 1 | | $1.00 |
|---|---|---|---|

Large Envelope
   Nashville, TN 37243
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Mon 08/09/2021

| Certified Mail® | | | $3.60 |
|---|---|---|---|

   Tracking #:
      70210950000127046071

| Return Receipt | | | $2.85 |
|---|---|---|---|

   Tracking #:
      9590 9402 6620 1028 0281 97

Total                                        $7.45

| First-Class Mail® | 1 | | $1.00 |
|---|---|---|---|

Large Envelope
   Nashville, TN 37243
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Mon 08/09/2021

| Certified Mail® | | | $3.60 |
|---|---|---|---|

   Tracking #:
      70210950000127046101

| Return Receipt | | | $2.85 |
|---|---|---|---|

   Tracking #:
      9590 9402 6620 1028 0281 35

Total                                        $7.45

| First-Class Mail® | 1 | | $1.00 |
|---|---|---|---|

Large Envelope
   Nashville, TN 37243
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Mon 08/09/2021

| Certified Mail® | | | $3.60 |
|---|---|---|---|

   Tracking #:
      70210950000127046064

| Return Receipt | | | $2.85 |
|---|---|---|---|

   Tracking #:
      9590 9402 6620 1028 0281 42

Total                                        $7.45

Grand Total:                               $37.25

Credit Card Remitted                       $37.25
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX1514
   Approval #: 623682
   Transaction #: 005
   AID: A0000000041010          Chip
   AL: Mastercard
   PIN: Not Required        Mastercard

***************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
   COVID-19. We appreciate your patience.
***************************************