# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HELBERT ARDILA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:20-cv-01066 |
| THE STATE OF TENNESSEE; ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF ) | MAGISTRATE JUDGE HOLMES |
| LABOR; TENNESSEE ) | |
| DEPARTMENT OF HUMAN ) | |
| RESOURCES; and FRED GASTON, ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending the Motion to Dismiss filed by Defendant Fred Gaston (Doc. No. 28) be **GRANTED** and Mr. Gaston be dismissed with prejudice under Fed. R. Civ. P. 21. (Doc. No. 37).

The Report and Recommendation advised the parties that objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 37 at 5). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 37) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Fred Gaston is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 21.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE