IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HERBERT ARDILA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:20-cv-01066 |
| THE STATE OF TENNESSEE; | ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF LABOR; TENNESSEE DEPARTMENT OF HUMAN RESOURCES; and FRED GASTON | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 39) recommending this action be dismissed in accordance with Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve process on the defendants.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 39 at 3). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 39) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE